IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ALICIA JADE ROGERS | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv236 |
| WARDEN, FPC BRYAN | § | |

<u>MEMORANDUM OPINION AND ORDER REGARDING VENUE</u>

Petitioner Alicia Jade Rogers, an inmate confined in the Federal Prison Camp at Bryan, Texas ("FPC-Bryan"), filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

A petition filed pursuant to Section 2241 must filed in the judicial district where the petitioner is incarcerated. *United States v. Gabor*, 905 F.2d 76, 78 (5th Cir. 1990).[1] FCP-Bryan is located in Brazos County, Texas, which is in the Houston Division of the Southern District of Texas. As petitioner is not confined within the Eastern District of Texas, this court lacks jurisdiction over her petition. Accordingly, this petition will be transferred to the Houston Division of the United States District Court for the Southern District of Texas.

<u>ORDER</u>

For the reasons set forth above, it is **ORDERED** that this petition for writ of habeas corpus is **TRANSFERRED** to the Houston Division of the United States District Court for the Southern District of Texas.

**SIGNED this the 1st day of June, 2021.**

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to 28 U.S.C. § 2241(d), an application for a writ of habeas corpus filed by a person incarcerated pursuant to judgment of a state court may be filed in the federal judicial district where the petitioner is incarcerated or the district in which he was convicted. However, petitioner is not incarcerated pursuant to a state court judgment.